IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 19-cv-1117 |
| v. | ) |
| GREGORY A. ROUX, | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, the United States of America, by and through undersigned counsel, complains and alleges as follows:

1. The United States brings this civil action to obtain a judgment against Gregory A. Roux for unpaid federal income tax liabilities for the tax years 2002 through 2011.

## AUTHORIZATION

2. This action has been authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of the Attorney General of the United States in accordance with 26 U.S.C. § 7401.

## JURISDICTION AND VENUE

3. The Court has original jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402(a).

1

4. Under 28 U.S.C. §§ 1391(b) and 1396, venue is proper in this Court because the defendant is a resident of this district.

## PARTIES

5. Defendant Gregory A. Roux resides in Orange County, Florida, within the jurisdiction of this Court, and is named as a party to this action because his unpaid federal tax liabilities are the subject of this action.

## COUNT I – FOR FEDERAL INCOME TAX LIABILITIES JUDGMENT
## 2002, 2003, 2004, 2005, 2006, and 2007 Tax Years

6. Roux failed to timely file federal income tax returns for the 2002 through 2007 tax years. Consequently, the IRS calculated Roux's tax liabilities and, in accordance with its notice of deficiency procedures, assessed against Roux federal income tax, interest, and penalties for the 2002 through 2007 tax years on the dates and in the amounts indicated in the table below. The far right column shows the balance due as of May 24, 2019, including payments, abatements, and interest.

| Tax Year | Date of Assessment | Tax | Interest | Penalties | Balance Due |
|---|---|---|---|---|---|
| 2002 | 4/14/2008 | $28,569.00 | $12,855.61 | $370.00 (failure to pay) $6,428.02 (failure to file) $7,142.25 (late payment) | $51,220.22 |
| 2003 | 4/14/2008 | $28,788.00 | $10,828.34 | $706.00 (failure to pre-pay) $6,477.30 (failure to file) $6,909.12 (late payment) | $78,611.28 |

2

| Tax Year | Date of Assessment | Tax | Interest | Penalties | Balance Due |
|---|---|---|---|---|---|
|  | 10/26/2009 |  |  | $287.88 (late payment) |  |
| **2004** | 4/14/2008 | $25,386.00 | $7,651.62 | $311.00 (failure to pre-pay)<br>$5,711.85 (failure to file)<br>$4,569.48 (late payment) | $56,715.58 |
|  | 10/26/2009 |  |  | $1,777.02 (late payment) |  |
|  | 1/13/2014 | $8,924.00 |  | $2,231.00 (failure to file)<br>$1,784.40 (accuracy-related penalty) |  |
| **2005** | 4/27/2009 | $23,914.00 | $6,850.70 | $349.00 (failure to pre-pay)<br>$5,380.65 (failure to file)<br>$4,424.09 (late payment) | $49,290.09 |
|  | 6/21/2010 |  |  | $1,554.41 (late payment) |  |
|  | 1/13/2014 | $9,371.00 |  | $2,342.75 (failure to file)<br>$1,874.20 (accuracy-related penalty) |  |
| **2006** | 4/27/2009 | $31,021.00 | $5,372.39 | $458.00 (failure to pre-pay)<br>$6,979.72 (failure to file)<br>$3,877.63 (late payment) | $51,522.81 |
|  | 6/21/2010 |  |  | $3,877.62 (late payment) |  |

| Tax Year | Date of Assessment | Tax | Interest | Penalties | Balance Due |
|---|---|---|---|---|---|
| | 1/13/2014 | $9,454.00 | | $2,332.00 (failure to file) $1,890.80 (accuracy-related penalty) | |
| **2007** | 5/17/2010 | $28,015.00 | $821.47 | $262.62 (failure to pre-pay) $1,803.37 (failure to file) $921.72 (late payment) | $29,511.75 |
| | 1/13/2014 | $10,440.00 | $3,907.18 | $5,422.50 (failure to file) $2,088.00 (accuracy-related penalty | |

### 2008, 2009, 2010, and 2011 Tax Years

7. Although Roux filed federal income tax returns for the 2008 through 2011 tax years, he failed to pay his reported liabilities in full. The IRS assessed against Roux the income tax reported on his returns, plus applicable penalties and interest, on the dates and in the amounts indicated in the table below. The far right column shows the balance due as of May 24, 2019, including payments, abatements, and interest.

| Tax Year | Date of Assessment | Tax | Interest | Penalties | Balance Due |
|---|---|---|---|---|---|
| **2008** | 11/21/2011 | $9,447.00 | $1,098.65 | $304.00 (failure to pre-pay) $1,990.57 (filing after due date) $1,415.52 (late payment) | $18,729.43 |

4

| Tax Year | Date of Assessment | Tax | Interest | Penalties | Balance Due |
|---|---|---|---|---|---|
| **2009** | 11/21/2011 | $7,154.00 | $509.98 | $171.00 (failure to pre-pay) $1,609.65 (filing after due date) $715.40 (late payment) | $14,408.93 |
| **2010** | 11/14/2011 | $15,738.00 | $349.38 | $547.01 (late payment) | $25,089.38 |
|  | 6/18/2012 |  |  | $20.00 (fees and other expenses for collection) |  |
| **2011** | 8/14/2012 | $20,345.00 | $210.37 | $398.00 (failure to pay) $502.62 (late payment) | $31,780.35 |
|  | 10/15/2012 |  |  | $20.00 (fees and other expenses for collection) |  |

8.  A delegate of the Secretary of Treasury issued Roux notices and demands for payment of the unpaid tax liabilities described in paragraphs 6–7, above. Despite notice and demand for payment, Roux has failed to pay his federal income tax liabilities in full.

9.  The IRS received a request for a collection due process hearing from Gregory Roux on March 11, 2011.

10.  The collection due process hearing was resolved on March 10, 2012.

11.  An installment agreement was pending from April 1, 2014 to August 18, 2014.

12.  The IRS terminated the installment agreement on September 9, 2016.

13. As of May 24, 2019, Roux owes the United States $406,870.82 for his unpaid federal income tax liabilities for tax years 2002 through 2011. Interest, penalties, and statutory additions continue to accrue until the liabilities are paid in full.

## RELIEF REQUESTED

Plaintiff, the United States of America, respectfully prays for the following:

A. Entry of judgment in favor of the United States and against Roux for his unpaid federal income tax liabilities for tax years 2002 through 2011 in the amount of $406,870.82, as of May 24, 2019, plus statutory additions and interest as allowed by law; and

B. Award the United States its costs incurred in connection with this action, along with such other relief as justice requires.

Dated: June 17, 2109

By:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ John P. Nasta, Jr.
JOHN P. NASTA, JR.
Florida Bar #1004432
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Facsimile: (202) 514-9868
john.nasta@usdoj.gov

*Of Counsel*

MARIA CHAPA LOPEZ
UNITED STATES ATTORNEY

JS 44 (Rev 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John P. Nasta, Jr. US DOJ-Tax Division
PO Box 14198, Washington, DC 20044
202-307-6560

## DEFENDANTS
Gregory Roux

County of Residence of First Listed Defendant: Orange
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7402

Brief description of cause:
Reduce federal income taxes to judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 406,870.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 06-17-2019

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br>Gregory A. Roux<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19-cv-1117<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gregory A. Roux
626 Clayton Street
Orlando, FL 32804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John P. Nasta
Trial Attorney, U.S. Department of Justice
Tax Division, Civil Trial Section-Southern Region
P.O. Box 14198
Washington, DC 20044
john.nasta@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1117

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: